THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HARLEY G. LA MARR, Appellant.

Argued October 17, 1950; decided November 22, 1950.

*Gordon Gannon* and *Alfred R. Pacini* for appellant.

*Gordon Steele, District Attorney (John F. Dwyer, George H. Metz* and *Leonard Finkelstein* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.